

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-14-00101-CR

The **STATE** of Texas,
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The trial court granted appellee's motion to suppress evidence. "The [S]tate is entitled to appeal an order of a court in a criminal case if the order . . . grants a motion to suppress evidence . . . ." TEX. CODE CRIM. PROC. ANN. art 44.01(a) (West 2013). Further, "the [S]tate is entitled to a stay of the proceedings pending the disposition of an appeal under Subsection (a)." *Id.* art. 44.01(e).

Here, the State filed a request for stay, concomitant with the filing of the notice of appeal. Pursuant to article 44.01(e), we **GRANT** the State's request. We **ORDER** the proceedings in the underlying case stayed pending disposition of the appeal. *See id.*

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court